```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  UNITED STATES OF AMERICA                                   :
                                                             :
                    -against-                                :     21-CR-403 (VEC)
                                                             :
                                                             :           ORDER
  NGOC MANH NGUYEN et al.,                                   :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a status conference in this matter is scheduled for Thursday, November 18,

2021 at 2:30 P.M., Dkt. 48;

    IT IS HEREBY ORDERED that the parties must file a joint status update by no later than

**Friday, November 12, 2021**.


**SO ORDERED.**

                                                            _____
**Date:  October 22, 2021**                                         **VALERIE CAPRONI**
        **New York, NY**                                            **United States District Judge**