USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                     21-CR-403 (VEC)

                                                 ORDER

NGOC MANH NGUYEN et al.,
                          Defendants.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a status conference in this matter is scheduled for Thursday, November 18, 2021 at 2:30 P.M., Dkt. 48;

       IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the status conference is adjourned to **Monday, November 29, 2021 at 11:00 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS FURTHER ORDERED that the parties are reminded that a joint status update is due no later than **Friday, November 12, 2021**. *See* Order, Dkt. 54.

       IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.

       IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

_____
**Date: November 4, 2021**                    **VALERIE CAPRONI**
    **New York, NY**                          **United States District Judge**