USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    UNITED STATES OF AMERICA

             -against-                      21-CR-403 (VEC)

                                         ORDER

    NGOC MANH NGUYEN, DAT TAT HO,

                         Defendants.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a status conference in this matter is scheduled for Thursday, April 14, 2022 at 2:00 P.M., Dkts. 73, 76;

       IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the status conference is rescheduled to **Thursday, April 14, 2022 at 12:00 P.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date: April 8, 2022**
       **New York, NY**

                                                                _____
                                                                **VALERIE CAPRONI**
                                                                **United States District Judge**